```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

JANELYS HERNANDEZ,

               Plaintiff,          23-cv-7296 (JGK)

     - against -              ORDER

ALEXIA ADMOR FRENCH DESIGNER GROUP, LTD.,

               Defendant.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time to answer is extended to **November 7, 2023**.

SO ORDERED.

Dated:    New York, New York
          November 3, 2023

                                              _____
                                                 John G. Koeltl
                                            United States District Judge